UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH NATHAN GARRETT,

                Plaintiff,

-against-

WESTERN UNION,

                Defendant.

1:19-CV-7500 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 3, 2019, dismissing this action for lack of subject-matter jurisdiction,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3). This dismissal is without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

Dated:   December 3, 2019
          New York, New York

                                        COLLEEN McMAHON
                                        Chief United States District Judge